

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v

MUSA ABDALLAH JEBRIL,

       Defendant,

and

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
UNCLAIMED PROPERTY,

       Garnishee.
_____/

Case No.: 25-mc-50436
Hon. Robert J. White

**FILED**
MAY 05 2025
CLERK'S OFFICE
DETROIT

## <u>ANSWER OF THE GARNISHEE</u>

I, __Terry Stanton__, the __Unclaimed Property Administrative Manager__ of Garnishee,
   (name)                         (title)

STATE OF MICHIGAN, DEPARTMENT OF TREASURY, UNCLAIMED PROPERTY, state under penalty of perjury as follows:

GARNISHEE IS (choose one):

[   ] An individual doing business in the name of _____,

[   ] A partnership, [   ] LP, [   ] LLP, or LLC,

[   ] A corporation, organized under the laws of the State of _____,

[   ] An executor or personal representative of an estate in the County of _____, State of _____,

[ **X** ] Other: __State of Michigan Dept of Treasury - custodian of unclaimed funds__

On __4/25/2025__, Garnishee was served with a Writ of Garnishment.
(date)

At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the Judgment Debtor:

**1. Financial Accounts:**  \*\*See "Section C" of Attached Claim Form for property details\*\*
Total of individual funds held: $10,516.42

**Account 1**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**Account 2**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**Account 3**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**Account 4**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**2. Safety Deposit Box:**

Box No.: __N/A__
Last accessed: _____
Owner(s) other than Judgment Debtor: _____
_____

**3. Real Property located at:** __N/A__
_____
_____

**4. Detail other personal property in the Garnishee's possession, custody, or control:**
__N/A__
_____
_____

**5. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?** [ ____ ] Yes or [ _x_ ] No

If the answer is yes, describe below (include case number, state, county):
_____

**DO NOT DISBURSE PROPERTY UNTIL FURTHER COURT ORDER.**

**NOTE: FEDERAL LAW DOES NOT PROVIDE FOR A FEE FOR THE GARNISHEE.**

**6. Does the Garnishee have possession, custody, or control of any other property, other than accounts, safety deposit boxes, or other personal property, now owed or to be paid in the future, in which the Judgment Debtor has an interest? [ X ] Yes or [ ___ ] No**

If the answer is yes, describe below (include any case number, state, county):

|    | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|----|------------------------|-------------------|---------------------------------------------|
| 1. | Funds from a dormant cashiers check | $614.96 | Check was payable to both Musa & Subhieh Jebril (Jointly owned funds) |
| 2. |                        |                   |                                             |
| 3. |                        |                   |                                             |
| 4. |                        |                   |                                             |

Other details: _____

_____

**IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:**

Check and complete the applicable line below:

[ ___ ] Garnishee has the following objection(s), defense(s), or set-off(s):

[ ___ ] On the date Garnishee was served with the Writ, the Garnishee was not indebted or under liability to the Judgment Debtor, and/or did not have in its possession or control any assets, income, or other property in which the Judgment

Debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

(1) MUSA ABDALLAH JEBRIL, at: **4637 Palmer St**
**Dearborn, MI 48126-2847**

(2) [ _____ ] by electronic filing or [ **X** ] by first-class mail to the Clerk, U.S. District Court, 231 W. Lafayette Blvd, Rm. 599, Detroit, MI 48226;

(3) [ _____ ] by electric filing or [ **X** ] by first-class mail to the attorney for the United States, United States Attorney's Office, Attn: MLARS-FLP, 211 W. Fort St., Ste. 2001, Detroit, MI 48226.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this __29__ day of __April__, 20__25__.

_____    **Terry Stanton**
(Signature)                              (Print Name)

Title **MI Dept of Treasury Unclaimed Property State Administrative Manager**

Address **PO Box 30756**

City, State, Zip **Lansing, MI 48909**

Telephone and Fax Number **517-636-5320**

Email **TreasUPD@Michigan.gov**

<u>Notary Public Section</u>

STATE OF  Michigan  §

COUNTY OF  Eaton  §

    The foregoing was SUBSCRIBED AND SWORN TO before me on this 29 day of April, 2025, by  Terry Stanton .
                                                                                                          *[Name of Affiant]*

[Seal]                                               Notary Public

    My commission expires: 4.3.2031 .

---

*If no notary is available and you are <u>within</u> the United States, its territories, possessions, or commonwealths, please complete this section:*

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on _____.
                       *[Date]*

                                                                         *[Signature]*

---

*If no notary is available and you are <u>outside</u> the United Sates, please complete this section:*

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on _____.
                       *[Date]*

                                                                         *[Signature]*

5634 (REV.11-24)





Claim ID:  4417603

**State of Michigan**
**DEPARTMENT OF TREASURY**
**LANSING**

GRETCHEN WHITMER
GOVERNOR

RACHAEL EUBANKS
STATE TREASURER

UNITED STATES OF AMERICA
%CLERK(USDC-EDMI)#03CR80810 02
231 W LAFAYETTE BLVD FL 5TH
DETROIT, MI 48226

April 25, 2025

**Please allow up to 90 days for your information to be reviewed.**

| A. Claimant Information |
|---|
| Current Legal Name if different than above: |
| Current Mailing Address if different than above: |

| Claimant SSN / EIN | Owner SSN / EIN | Daytime Phone ( )    - | Email Address merima.biogradlija@usdoj.gov |
|---|---|---|---|

**B. Documentation Required** - All documents must be LEGIBLE copies. If they are not LEGIBLE, you will be required to provide clear copies.

- Documentation — Please provide documentation verifying the funds are to be paid to the United States of America (Garnishee Order to Pay)

**C. Property Information**

| Owner | Company/Security Name | Type of Property | Property ID | Reported Date | Value |
|---|---|---|---|---|---|
| JEBRIL MUSA | MIDFIRST BANK | TR04: ESCROW ACCOUNTS | 9968621 | 04/23/2008 | Cash: $ 10,487.01 |
| MUSA JEBRIL | HUMANA INC AND SUBSIDIARIES | MS08: ACCOUNTS PAYABLE | 25748810 | 06/25/2021 | Cash: $ 29.40 |
| MUSA JEBRIL | CVS PHARMACY INC | MS11: REFUNDS DUE | 26920309 | 06/23/2022 | Cash: $ 0.01 |
| Grand Total of Property | | | | Est. Cash: | $10,516.42 |

**D. Tangible Information**

No Tangible Property Claimed

69 (3-00)

**MICHIGAN DEPARTMENT OF TREASURY**
**LANSING, MI 48922**

XXX LANSING MI 488 04/30/N

RECEIVED
MAY 05 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

066 CTD-SSB 48226
066 CTD-SSB 48226

United States District Court Clerk
Theodore Levin US Courthouse
231 W Lafayette Blvd Room 599
Detroit, MI 48226

U.S. MARS[HAL]

FIRST CLASS
AUTO LETTER



ZIP 48913
02 7W
0008033348 APR 30 2025

US POSTAGE $000.54⁵


